**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2788**

———————

JAMES E. COPLEY,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF ENERGY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CA-95-38-1)

———————

Submitted:  May 29, 1997                 Decided:  June 5, 1997

———————

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James E. Copley, Appellant Pro Se.  Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting Defendant's motion to dismiss, and denying Appellant's motions for reconsideration and "Motion in Opposition Court Order Dated October 4, 1996 to Dismiss Above Case." We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Copley v. United States Dep't of Energy, No. CA-95-38-1 (N.D.W. Va. Jan. 16, Oct. 4 & Nov. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED